1  ALEX G. TSE (CABN 152348)
   United States Attorney

2

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division

4  JOHN C. BOSTIC (CABN 264367)
   DANIEL KALEBA (CABN 223789)

5  Assistant United States Attorneys

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5061
       FAX: (408) 535-5066
8      john.bostic@usdoj.gov

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,           )   CASE NO. 15-CR-00034 EJD
                                         )
15          Plaintiff,                   )   UNITED STATES' EXHIBIT LIST
                                         )
16      v.                               )   Trial Date:  November 27, 2018
                                         )   Time:        9:00 a.m.
17  CHRISTIAN REIMER STUKENBROCK,        )   Judge:       Hon. Edward J. Davila
                                         )
            Defendant.                   )
18  _____)

19

20         The United States may offer the exhibits set forth on the attached list at the trial of this case.  The

21  government respectfully reserves the right to supplement this list as the case proceeds toward trial.

22

23  DATED:  November 6, 2018                        Respectfully submitted,

24                                                  ALEX G. TSE
                                                    United States Attorney
25

26                                                   __/s/_____
                                                    JOHN C. BOSTIC
27                                                  DANIEL KALEBA
                                                    Assistant United States Attorneys
28

| Exhibit No. | Date IDed | Date Admitted | Sponsoring Witness | Description / Bates No. |
|---|---|---|---|---|
| 1 | | | | Stock Purchase Agreement re: Ready Solar (001443-001456) |
| 2 | | | | Wire Authorization Form (001457-001458) |
| 3 | | | | Stock Purchase Agreement re: Ready Solar (001459-001472) |
| 4 | | | | Wire Authorization Form (001473-001475) |
| 5 | | | | Stock Purchase Agreement re: Ready Solar (00148-001491) |
| 6 | | | | Wire Authorization Form (001492-001494) |
| 7 | | | | Stock Purchase Agreement re: Solar Power Partners (001495-001508) |
| 8 | | | | Wire Authorization Form (001509-001512) |
| 9 | | | | Stock Purchase Agreement re: Solar Power Partners (001513-001526) |
| 10 | | | | Wire Authorization Form (001527-001529) |
| 11 | | | | Stock Purchase Agreement re: Solar Power Partners (001530-001541) |
| 12 | | | | Wire Authorization Form (001542-001544) |

| # | | | | Description |
|---|---|---|---|---|
| 13 | | | | Stock Purchase Agreement re: Solar Power Partners (001545-001558) |
| 14 | | | | Wire Authorization Form (1559-001561) |
| 15 | | | | Stock Purchase Agreement re: Ticket Out (001813-001826) |
| 16 | | | | Wire Authorization Form (001827-001829) |
| 17 | | | | Stock Purchase Agreement re: Ticket Out (001830-001843) |
| 18 | | | | Wire Authorization Form (001844-001846) |
| 19 | | | | Stock Purchase Agreement re: Ticket Out (001847-001860) |
| 20 | | | | Wire Authorization Form (001861-001863) |
| 21 | | | | Stock Purchase Agreement re: Ticket Out (001864-001877) |
| 22 | | | | Wire Authorization Form (001878-001880) |
| 23 | | | | Stock Purchase Agreement re: Ticket Out (001881-001894) |
| 24 | | | | Wire Authorization Form (001895-001897) |
| 25 | | | | Stock Purchase Agreement re: Ticket Out (001898-001911) |

| # | | | | Description |
|---|---|---|---|---|
| 26 | | | | Wire Authorization Form (001912-001914) |
| 27 | | | | Stock Purchase Agreement re: Ticket Out (001915-001928) |
| 28 | | | | Wire Authorization Form (001929-001931) |
| 29 | | | | Stock Purchase Agreement re: Ticket Out (001932-001945) |
| 30 | | | | Wire Authorization Form (001946-001948) |
| 31 | | | | Stock Purchase Agreement re: Ticket Out (001949-001962) |
| 32 | | | | Wire Authorization Form (001963-001965) |
| 33 | | | | Stock Purchase Agreement re: Ticket Out (001966-001979) |
| 34 | | | | Wire Authorization Form (001980-001982) |
| 35 | | | | Stock Purchase Agreement re: Ticket Out (001983-001996) |
| 36 | | | | Wire Authorization Form (001997-001999) |
| 37 | | | | Stock Purchase Agreement re: Ticket Out (002000-002013) |
| 38 | | | | Wire Authorization Form (002014-002016) |

| # | | | | Description |
|---|---|---|---|---|
| 39 | | | | Stock Purchase Agreement re: Ticket Out (002017-002030) |
| 40 | | | | Wire Authorization Form (002031-002033) |
| 41 | | | | Stock Purchase Agreement re: Ticket Out (002034-002047) |
| 42 | | | | Wire Authorization Form (002049-002051) |
| 43 | | | | Ticket Out Promissory Note (002052-002054) |
| 44 | | | | Wire Authorization Form (002055-002057) |
| 45 | | | | Stock Purchase Agreement re: Autonet (001426-001439) |
| 46 | | | | Checks to SVTG on behalf of Autonet (001440-001442) |
| 47 | | | | Stock Purchase Agreement re: Protech (001562-001575) |
| 48 | | | | Wire Authorization Form (001576-001578) |
| 49 | | | | Stock Purchase Agreement re: Protech (001579-001592) |
| 50 | | | | Wire Authorization Form (001593-001595) |
| 51 | | | | Stock Purchase Agreement re: Protech (001596-001609) |

| # | | | | Description |
|---|---|---|---|---|
| 52 | | | | Wire Authorization Form (001610-001612) |
| 53 | | | | Stock Purchase Agreement re: Protech (001613-001626) |
| 54 | | | | Wire Authorization Form (001627-001629) |
| 55 | | | | Stock Purchase Agreement re: Protech (001630-001643) |
| 56 | | | | Wire Authorization Form (001644-001646) |
| 57 | | | | Stock Purchase Agreement re: Shadow Mountain (001409-001422) |
| 58 | | | | Wire Authorization Form (001423-001425) |
| 59 | | | | Stock Purchase Agreement re: Clean Mobile (001647-001659) |
| 60 | | | | Check to SVTG for Clean Mobile (001660-001661) |
| 61 | | | | Stock Purchase Agreement re: Clean Mobile (00162-001674) |
| 62 | | | | Letter from Schwab to Fiegl (001678) |
| 63 | | | | Stock Purchase Agreement re: Clean Mobile (001679-001691) |
| 64 | | | | Wire Authorization Form (001692-001694) |

| | | | | | |
|---|---|---|---|---|---|
| 65 | | | | | Stock Purchase Agreement re: Clean Mobile (1696-001708) |
| 66 | | | | | Wire Authorization Form (001709-001711) |
| 67 | | | | | Stock Purchase Agreement re: Clean Mobile (001712-001724) |
| 68 | | | | | Wire Authorization Form (001725-001727) |
| 69 | | | | | Stock Purchase Agreement re: Clean Mobile (001728-001740) |
| 70 | | | | | Wire Authorization Form (001741-001743) |
| 71 | | | | | Stock Purchase Agreement re: Clean Mobile (001744-001756) |
| 72 | | | | | Wire Authorization Form (001757-001760) |
| 73 | | | | | Stock Purchase Agreement re: Clean Mobile (001761-001773) |
| 74 | | | | | Email Authorization from Fiegl (001774-001775) |
| 75 | | | | | Stock Purchase Agreement re: Clean Mobile (001776-001789) |
| 76 | | | | | Wire Authorization Form (001790-001794) |
| 77 | | | | | Stock Purchase Agreement re: Clean Mobile (001795-001808) |

| # | | | | Description |
|---|---|---|---|---|
| 78 | | | | Wire Authorization Form (001810-001812) |
| 79 | | | | Stock Purchase Agreement re: Albutech (002058-002071) |
| 80 | | | | Wire Authorization Form (002072-002075) |
| 81 | | | | Stock Purchase Agreement re: Albutech (002076-002089) |
| 82 | | | | Wire Authorization Form (002090-002092) |
| 83 | | | | Stock Purchase Agreement re: Albutech (002093-002106) |
| 84 | | | | Wire Authorization Form (002107-002109) |
| 85 | | | | Stock Purchase Agreement re: Albutech (002110-002123) |
| 86 | | | | Wire Authorization Form (002124-002126) |
| 87 | | | | Stock Purchase Agreement re: Albutech (002127-002140) |
| 88 | | | | Wire Authorization Form (002141-002144) |
| 89 | | | | Stock Purchase Agreement re: Albutech (002145-002158) |
| 90 | | | | Check to SVTG from Fiegl for Albutech (002159-002160) |

| # | | | | Description |
|---|---|---|---|---|
| 91 | | | | Stock Purchase Agreement re: Albutech (002161-002174) |
| 92 | | | | Wire Authorization Form (002175-002176) |
| 93 | | | | Stock Purchase Agreement re: Albutech (002177-002190) |
| 94 | | | | Check to SVTG from Fiegl for Albutech (002191-002192) |
| 95 | | | | Stock Purchase Agreement re: Albutech (002194-002207) |
| 96 | | | | Check to SVTG from Fiegl for Albutech (002208-002209) |
| 97 | | | | Stock Purchase Agreement re: Albutech (002210-002223) |
| 98 | | | | Check to SVTG from Fiegl for Albutech (002224-002225) |
| 99 | | | | Adema Documents (016078-016079) |
| 100 | | | | Expense Reports (000805-000826) |
| 101 | | | | Emails between Fiegl and Stukenbrock (016080-016151) |
| 102 | | | | McClintock Emails (002260-002273) |
| 103 | | | | McClintock Documents (002273 et seq.) |

UNITED STATES' EXHIBIT LIST  
15-CR-00034 EJD

9

| # | | | | Description |
|---|---|---|---|---|
| 104 | | | | CA Secretary of State documents (TBD) |
| 105 | | | | NV Secretary of State documents (TBD) |
| 106 | | | | DE Secretary of State documents (TBD) |
| 107 | | | | Ueltzen documents (TBD) |
| 108 | | | | Statement and Designation by Foreign Corp (002334) |
| 109 | | | | NV Secretary of State SVTG document (002337-002238) |
| 110 | | | | SVTG Stock Certificate (002339) |
| 111 | | | | Bridge Bank documents (002345-002348) |
| 112 | | | | Note Purchase Agreement (002230-002238) |
| 113 | | | | Promissory Note (TBD) |
| 114 | | | | Promissory Note (TBD) |
| 115 | | | | Promissory Note (TBD) |
| 116 | | | | Subscription Agreement (TBD) |

| | | | | |
|---|---|---|---|---|
| 117 | | | | Carey Cadle emails (014420-014428) |
| 118 | | | | Shadow Mountain Operating Agreement (001329-001360) |
| 119 | | | | Check from SVTG to Shadow Mountain (001328) |
| 120 | | | | True Exotic documents (TBD) |
| 121 | | | | IRS documents (013458) |
| 122 | | | | Bank of America documents (000358-000672) |
| 123 | | | | Mechanics Bank documents (000674-000724/007636-008194) |
| 124 | | | | UBS (003059-004874/008954-012284) |
| 125 | | | | Silicon Valley Bank documents (004983-005229/008195-008795) |
| 126 | | | | Bridge Bank documents (004875-004982/005292-005333/008796-008953/002345-002348) |
| 127 | | | | Banker's Trust documents (005230-005291) |
| 128 | | | | Citibank documents (005334-05535) |
| 129 | | | | Merrill Lynch documents (005536-005858) |

UNITED STATES' EXHIBIT LIST           11
15-CR-00034 EJD

| # | | | | Description |
|---|---|---|---|---|
| 130 | | | | Fed Wire documents (005859-006207) |
| 131 | | | | CHIPS documents (TBD) |
| 132 | | | | Summary Chart – Fed Wire (TBD) |
| 133 | | | | Summary Chart – Chips (TBD) |
| 134 | | | | Summary Chart – Bank Records (TBD) |
| 135 | | | | Summary Charts of Expert (TBD) |
| 136 | | | | Protech documents (TBD) |
| 137 | | | | Fidelity National Title Company wire document for $7,200,000 (2846 – TBD) |
| 138 | | | | Transcript of Stukenbrock deposition testimony (TBD) |
| 139 | | | | Transcript of Stukenbrock trial testimony (TBD) |