1  Matthew J. Jacobs (SBN 171149)
      mjacobs@velaw.com
2  Erica Connolly (SBN 288822)
      econnolly@velaw.com
3  Adam Crider (SBN 305526)
      acrider@velaw.com
4  VINSON & ELKINS LLP
   555 Mission Street, Suite 2000
5  San Francisco, CA 94105
   Telephone: (415) 979-6900
6  Facsimile: (415) 651-8786

7  Jennifer S. Freel (admitted *pro hac vice*)
      jfreel@velaw.com
8  2801 Via Fortuna, Suite 100
   Austin, TX 78746
9  Telephone: (512) 542-8535
   Facsimile: (512) 236-3200
10
   Attorneys for Defendant
11 Christian Reimer Stukenbrock

12              **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14                    **SAN JOSE DIVISION**

15 | UNITED STATES OF AMERICA, | Case No.  CR-15-00034 EJD (VKD) |
|---|---|
16 |                Plaintiff, | **DEFENDANT CHRISTIAN STUKENBROCK'S AMENDED TRIAL EXHIBIT LIST** |
17 |     vs. | |
18 | CHRISTIAN REIMER STUKENBROCK, | Judge:   Hon. Edward J. Davila |
19 |                Defendant. | Date:    November 27, 2018
Time:    9:00 a.m.
Dept.:   Courtroom 4 |

21      Defendant respectfully requests the right to supplement or amend the attached list as

22 appropriate and necessary in advance of or during the course of trial.

23                                              VINSON & ELKINS LLP

24 Dated: November 20, 2018                     By: */s/ Matthew J. Jacobs*
                                                Matthew J. Jacobs
25                                              Attorney for Defendant
                                                CHRISTIAN REIMER STUKENBROCK
26

27

28

---

DEFENDANT'S AMENDED TRIAL
EXHIBIT LIST                                                    CASE No. CR-15-00034 EJD (VKD)

| Exhibit Letter | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| A | 2012 | | TBD | DVD of Ticket Out movie | STU00157 |
| B | 2006-01-04 | | TBD | Email; From: Christian Stukenbrock; To: George Fiegl; Subject: SVB Engagement Letter | STU00001 |
| C | 2006-01-04 | | TBD | Email Attachment – Engagement of SVB Alliant | STU00002 - STU00008 |
| D | 2006-01-05 | | TBD | Email; From: Mark Grossman; To: George Fiegl, Christian Stukenbrock, Nels Nelsen, Matt Sachse; Subject: Adema Information Memorandum | STU00009 - STU00012 |
| E | 2006-01-05 | | TBD | Email Attachment – Adema Information Memorandum | STU00013 - STU00026 |
| F | 2006-01-06 | | TBD | Email; From: Christian Stukenbrock; To: George Fiegl; Subject: Alliant engagement letter | STU00027 |
| G | 2006-01-06 | | TBD | Email Attachment – Engagement of SVB Alliant | STU00028 - STU00034 |
| H | 2006-01-12 | | TBD | Email; From: Mark Blackman; To: George Fiegl, Christian Stukenbrock, Nels Nelsen, Mark Grossman, Matt Sachse; Subject: Working Group List | STU00035 - STU00036 |
| I | 2006-01-12 | | TBD | Email Attachment – Adema Working Group List | STU00037 - STU00039 |
| J | 2006-02-16 | | TBD | Email; From: Matt Sachse; To: Christian Stukenbrock, Nels Nelsen, Mark Grossman, Mark Blackman; Subject: Updated Adema Mgmt. Presentation | STU00040 - STU00041 |
| K | 2006-02-16 | | TBD | Email Attachment – updated Adema Management Presentation | STU00042 - STU00056 |
| L | 2007-05-30 | | TBD | Email; From: Christian Stukenbrock; To: Ben Kortlang, Jason Smith; Subject: Adema | STU00057 - STU00058 |

DEFENDANT'S AMENDED TRIAL
EXHIBIT LIST                                           1                    CASE No. CR-15-00034 EJD (VKD)

| Exhibit Letter | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| M | 2007-05-30 | | TBD | Email Attachment 1 – ADEMA-BP 2.0-3-10-2007 | STU00059 - STU00084 |
| N | 2007-05-30 | | TBD | Email Attachment 2 – Adema-Financials-2003-2004 | STU00085 - STU00094 |
| O | 2007-05-30 | | TBD | Email Attachment 3 – Adema-Financials-2005 | STU00095 - STU00112 |
| P | 2007-05-30 | | TBD | Email Attachment 4 – Adema-Financials-2006 | STU00113 - STU00130 |
| Q | 2007-05-30 | | TBD | Email Attachment 5 – Adema_Financial_Revised_1.2007(1) | STU00131 |
| R | 2007-07-02 | | TBD | Email; From: Christian Stukenbrock; To: Ben Kortlang, Michelle Breyer; Subject: Adema Summary of terms | STU00132 - STU00133 |
| S | 2007-07-25 | | TBD | Email; From: Christian Stukenbrock; To: Ben Kortlang, Breyer, George Fiegl; Subject: Revised terms | STU00134 |
| T | 2007-07-25 | | TBD | Email Attachment – Adema Summary of Key Terms | STU00135 |
| U | 2007-08-13 | | TBD | Email; From: Michelle Breyer; To: Christian Stukenbrock, Ben Kortlang; Subject: RE: Termsheet | STU00136 - STU00137 |
| V | 2007-08-13 | | TBD | Email Attachment – Legal term sheet | STU00138 - STU00148 |
| W | 2007-08-29 | | TBD | Email; From: Christian Stukenbrock; To: Michelle Breyer, Ben Kortlang; Subject: Re: Meeting | STU00149 - STU00150 |
| X | 2007-08-29 | | TBD | Email Attachment – Preliminary Due Diligence Request List | STU00151 - STU00152 |

| Exhibit Letter | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| Y | 2007-12-10 | | TBD | Email; From: Ben Kortlang; To: Christian Stukenbrock; Subject: RE: Meeting | STU00153 - STU00156 |
| Z | Not Dated | | TBD | SVTG Business Plan 2.2 | 014012 – 014069 |
| AA | 2008-05-12 | | TBD | Articles of Incorporation of CDM Motors, Inc. | 016232 – 016233 |
| BB | 2009-02-05 | | TBD | Articles of Incorporation of True Exotic Car Rental, Inc. | 016306 - 016307 |
| CC | 2009-02-13 | | TBD | SS-4 Application for Employer ID Number | 017737- 017740 |
| DD | 2009-02-13 | | TBD | Waiver of Notice and Consent to Holding of First Meeting of Incorporators and Directors of True Exotic | 017745 - 017762 |
| EE | 2009-02-13 | | TBD | True Exotic By Laws | 017723 - 017735 |
| FF | 2009-02-13 | | TBD | Certificate by Secretary of Resolution by Board | 017759 – 017761 |
| GG | 2011-06-02 | | TBD | Certificate of Amendment of Articles of Incorporation | 016308 |
| HH | 2012-10-08 | | TBD | Redacted Excerpts of Feigl Amended 2007 Return | IRS00029 |
| II | 2012-11-12 | | TBD | Redacted Excerpts of Feigl Amended 2008 Return | IRS00096 |
| JJ | 2012-10-08 | | TBD | Redacted Excerpts of Fiegl Amended 2010 Return | IRS00414 - IRS00415 |

| Exhibit Letter | Date ID | Date Admitted | Sponsoring Witness | Description | Bates Range |
|---|---|---|---|---|---|
| KK | 2012-10-15 | | TBD | Redacted Excerpts of Fiegl 2011 Return | IRS00484 - IRS00485 |
| LL | 2016-08-29 | | TBD | SVTG Venture and Consulting Bank Records | 020880-020962 |