Matthew J. Jacobs (SBN 171149)
  mjacobs@velaw.com
Erica Connolly (SBN 288822)
  econnolly@velaw.com
Adam Crider (SBN 305526)
  acrider@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900
Facsimile: (415) 651-8786

Jennifer S. Freel (admitted *pro hac vice*)
  jfreel@velaw.com
2801 Via Fortuna, Suite 100
Austin, TX 78746
Telephone: (512) 542-8535
Facsimile: (512) 236-3200

Attorneys for Defendant
Christian Reimer Stukenbrock

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>        vs.<br><br>CHRISTIAN REIMER STUKENBROCK,<br><br>                            Defendant. | Case No.  CR-15-00034 EJD (VKD)<br><br>**DEFENDANT CHRISTIAN STUKENBROCK'S PRELIMINARY WITNESS LIST** |

Defendant Christian Stukenbrock hereby provides a preliminary list of witnesses that Mr. Stukenbrock may call in his defense.  Because Mr. Stukenbrock is not required to present a defense, he reserves the right to amend this list and to call or not call any of these witnesses identified below.

1. Afshin Asher
2. Boris Budagyan
3. Gudrun Fiegl
4. Matt Grossman
5. Ben Kortlang
6. Nels Nelson
7. Matt Sachse
8. Gary Strutz
9. Timothy Dillon
10. Nancy Powell
11. Rick Stevens
12. Linda Grais

VINSON & ELKINS LLP

Dated: November 20, 2018

By: */s/ Matthew J. Jacobs*
Matthew J. Jacobs
Attorney for Defendant
CHRISTIAN REIMER STUKENBROCK