UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** November 26, 2018 **Time:** 2:10-2:25 **Judge:** Edward J. Davila

**Total Time:** 15 Mins.

**Case No.**: 15-cr-00034-EJD-1 **Case Name:** UNITED STATES v. Christian Reimer Stukenbrock(NP)

**Attorney for Plaintiff:** John Bostic, Daniel Kaleba
**Attorney for Defendant:** Matthew Jacob (via telephone)

**Deputy Clerk:** Adriana M. Kratzmann **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A **Probation Officer:** N/A

**PROCEEDINGS – STATUS CONFERENCE**

Defendant is NOT present. Hearing held.
The Government informed the Court of the email (dated 11/26/2018) communication Defense Counsel received from the Defendant which was provided to the Government by Defense Counsel. (SEE ATTACHMENT)
The Court confirmed with Defense Counsel that the email IS NOT PRIVILEGED, and the Court read the email on the record.
The Government requested that a Bench Warrant be issued due to the defendant's violation of pretrial conditions, specifically "left the jurisdiction" written by defendant in email. Also, the Government requested that the prospective jury panel not appear tomorrow for jury selection. However, that the prospective jury panel remain on call should the defendant be apprehended and appear for trial.
**The Court ordered a bench warrant be issued forthwith re violation of pretrial condition of leaving jurisdiction.**
**Also, the Court ordered that the prospective jury panel not appear tomorrow 11/27/2018 at 10:00 am as previously scheduled due to defendant absconding but remain on call.**
**The Court will call the matter tomorrow 11/27/2018 at 10:00 am and Government shall appear in person and Defense Counsel shall appear via telephone to confirm defendant does not appear tomorrow for trial.**

**NEXT HEARING DATE: Tuesday, November 27, 2018 at 10:00 am Jury Trial.**

Adriana M. Kratzmann
**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**