## Connolly, Erica

| | |
|---|---|
| **From:** | Jacobs, Matthew |
| **Sent:** | Monday, November 26, 2018 12:58 PM |
| **To:** | Christian Stukenbrock |
| **Cc:** | Crider, Adam; Connolly, Erica |
| **Subject:** | RE: Tomorrow |

Christian:  This is a terrible mistake.  You need to call me immediately.  The government will find you and you will be committing a very serious crime.  If you don't call me within five minutes, we are going to notify the government and the Court and there will be a warrant for your arrest.  They will also attach your daughter's assets.

**From:** Christian Stukenbrock <wiesengrund@gmail.com>
**Sent:** Monday, November 26, 2018 12:49 PM
**To:** Jacobs, Matthew <mjacobs@velaw.com>
**Cc:** Crider, Adam <acrider@velaw.com>; Connolly, Erica <econnolly@velaw.com>
**Subject:** Tomorrow

[EXTERNAL]

Privileged and confidential

Hi Matt,

Please contact the court to tell them that i will not be there tomorrow and cancel the proceedings. I already left the jurisdiction. I can't take the risk we talked about. Sorry about the inconvenience and thanks for everything you have done for me.

Sincerely,

Christian

Sent from my iPhone