UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 27, 2018   **Time:** 10:02-10:08   **Judge:** Edward J. Davila
**Total Time:** 6 Mins.

**Case No.:** 15-cr-00034-EJD-1   **Case Name:** UNITED STATES v. Christian Reimer Stukenbrock(NP)

**Attorney for Plaintiff:** John Bostic, Daniel Kaleba
**Attorney for Defendant:** Matthew Jacob, Erica Connolly, Adam Crider (via telephone)

**Deputy Clerk:** Adriana M. Kratzmann   **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A   **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE RE JURY TRIAL

Defendant is NOT present. Hearing held.
Defense Counsel informed the Court that they have received no further communication from the Defendant.
The Court reaffirms the issuance of the bench warrant which was issued 11/26/2018.
Government requests it is appropriate to release the prospective jury panel which was secured through 12/3/2018.  Defense agrees to release jury panel.
Court ordered Jury panel released.
Defendant's Motion in Limine #5 is ordered MOOT at this point due to the trial not proceeding.
The Court ordered the bond forfeited.
Should the Government file a motion regarding the forfeiture of bond it shall be noticed and heard before Judge Davila.
The trial is vacated due to the absconding of the defendant.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: