Matthew J. Jacobs (SBN 171149)
  mjacobs@velaw.com
Erica Connolly (SBN 288822)
  econnolly@velaw.com
Adam Crider (SBN 305526)
  acrider@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900
Facsimile: (415) 651-8786

Jennifer S. Freel (admitted *pro hac vice*)
  jfreel@velaw.com
2801 Via Fortuna, Suite 100
Austin, TX 78746
Telephone: (512) 542-8535
Facsimile: (512) 236-3200

Attorneys for Defendant Christian Reimer Stukenbrock

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN REIMER STUKENBROCK,<br><br>Defendant. | Case No.  CR-15-00034 EJD (VKD)<br><br>**DEFENSE COUNSEL'S RESPONSE TO GOVERNMENT'S MOTION FOR FORFEITURE OF BOND AND JUDGMENT AGAINST DEFENDANT AND FOR ENFORCEMENT OF SURETY'S OBLIGATIONS**<br><br>**Date:      January 7, 2019**<br>**Time:      1:30 p.m.**<br>**Judge:    Hon. Edward J. Davila** |

DEFENSE COUNSEL'S RESPONSE                                               CASE No. CR-15-00034 EJD (VKD)

Matthew J. Jacobs was appointed by the Court on January 9, 2018 to represent Christian Stukenbrock in connection with the Indictment dated January 14, 2015. In connection with that appointment, Mr. Jacobs and his colleagues Jennifer S. Freel, Erica Connolly, and Adam W. Crider, from Vinson & Elkins, LLP, (collectively, "Defense Counsel"), were set to begin trial on November 27, 2018. On November 26, 2018, Defense Counsel received an email from the defendant indicating that he had left the jurisdiction and would not be appearing for trial. Defense Counsel promptly notified the government and court of this development. Now the government has brought the instant motion seeking forfeiture of the bond executed by the defendant and his daughter.

Defense Counsel has not had any contact with the defendant since receiving the email on November 26, 2018. Accordingly, Defense Counsel takes no position regarding the government's motion, and does not intend to appear at the hearing unless ordered to do so by the Court.

Respectfully Submitted,

DATED: December 6, 2018          */s/ Matthew J. Jacobs*
                                 Matthew J. Jacobs

                                 Attorney for Defendant Christian Reimer Stukenbrock

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 6, 2018, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.

Dated: December 6, 2018
By: */s/ Matthew J. Jacobs*
Matthew J. Jacobs
Attorney for Defendant
CHRISTIAN REIMER STUKENBROCK